NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**QUAD/TECH, INC.,**
*Plaintiff-Appellant,*

v.

**Q.I. PRESS CONTROLS B.V. AND Q.I. PRESS CONTROLS NORTH AMERICA LTD., INC.,**
*Defendants-Appellees,*

**and**

**PRINT2FINISH, LLC,**
*Defendant-Appellee.*

---

2010-1354

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in case no. 09-CV-2561, Judge Eduardo C. Robreno.

---

## ON MOTION

---

## ORDER

Upon consideration of Q.I. Press Controls B.V., Q.I. Press Controls North America Ltd., Inc., and

Print2Finish, LLC's motion for leave to file a supplemental appendix,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**OCT 2 9 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Charles W. Shifley, Esq.
    David D. Langfitt, Esq.
    Michael N. Onufrak, Esq.

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 2 9 2010**

**JAN HORBALY**
**CLERK**